HOWARD IRWIN V. THE STATE.

No. 9674. Delivered October 14, 1925.

Driving Auto While Intoxicated—No Statement of Facts Nor Bills of Exception.

There being neither a statement of facts, nor bill of exception contained in this record, the cause must be affirmed.

Appeal from the District Court of Haskell County. Tried below before the Hon. Bruce W. Bryant, Judge.

Appeal from a conviction for driving a motor vehicle upon a public highway while intoxicated; penalty, a fine of eighty dollars.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is unlawfully driving a motor vehicle upon a public highway while intoxicated; punishment fixed at a fine of eighty dollars.

The indictment is regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*